DENTONS US LLP
ONE MARKET STREET, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE INSURANCE COMPANY; and DOES 1 through 10, inclusive.<br><br>Defendant. | Case No.: 3:17-CV-03328<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY TO RESPOND TO AMENDED COMPLAINT** |

Having considered the Stipulation To Extend Time For Defendant Nationwide Mutual Insurance Company To Respond To Amended Complaint, and for good cause showing, the Court hereby extends Nationwide's deadline, to and through September 25, 2017, in which to answer, move or otherwise plead in response to Plaintiff's Amended Complaint in the above-captioned action

IT IS SO ORDERED.

Dated: September __5__, 2017



IT IS SO ORDERED
Judge Edward M. Chen

CASE NO. 3:17-CV-03328

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT