1  TODD M. FRIEDMAN (State Bar No. 216752)
   ADRIAN R. BACON (State Bar No. 280332)
2  MEGHAN E. GEORGE (State Bar No. 274525)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21550 Oxnard Street, Suite 780
   Woodland Hills, CA 91367
4  Telephone: (877) 206-4741
   Facsimile: (866) 633-0228
5  Email: tfriedman@toddflaw.com
          abacon@toddflaw.com
6         mgeorge@toddflaw.com

7  Attorneys for Plaintiff
   ABANTE ROOTER AND PLUMBING INC

9  SONIA MARTIN (Bar No. 191148)
   DENTONS US LLP
10 One Market Plaza, Spear Tower, 24th Floor
   San Francisco, California 94105
11 Telephone:  (415) 267-4000
   Facsimile:   (415) 267-4198
12 Email: sonia.martin@dentons.com

13 Attorneys for Defendant
   NATIONWIDE MUTUAL INSURANCE
14 COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY; and DOES 1 through 10, inclusive.<br><br>Defendant. | Case No.: 3:17-CV-03328-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND NATIONWIDE'S DEADLINE TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-2 of the United States District Court for the Northern District of California, Plaintiff Abante Rooter and Plumbing Inc. and Defendant Nationwide

1 Mutual Insurance Company, by and through their respective counsel, hereby stipulate and

2 agree as follows and respectfully request that the Court approve and give effect to their

3 stipulation:

4     WHEREAS, by Order dated August 16, 2017 and additional notice entered August 30,

5 2017, the Court has scheduled the initial case management conference for Thursday,

6 September 28, 2017 at 9:30 a.m.;

7     WHEREAS, Plaintiff filed its First Amended Complaint on August 28, 2017;

8     WHEREAS, by stipulation and Order, Defendant has until and including September

9 25, 2017 to answer, move, or otherwise respond to Plaintiff's First Amended Complaint;

10     WHEREAS, Defendant intends to seek a stay of this case pending the D.C. Circuit

11 Court's ruling in *ACA International v. Federal Communications Commission*, No. 15-1211;

12     WHEREAS, the parties are conferring to determine whether an agreement can be

13 reached on Defendant's anticipated motion to stay;

14     WHEREAS, if the parties are able to reach an agreement on a stay, it would likely

15 obviate the need for the parties and the Court to devote resources to a briefing and hearing a

16 motion to stay, holding a case management conference and setting a case management

17 schedule;

18     WHEREAS, a two-week continuance of the current case management conference, and

19 corresponding deadlines, will not affect any other date set by the Court and will not result in

20 prejudice to either party;

21     WHEREAS, a two-week extension of Nationwide's deadline to respond to the

22 complaint will not affect any other date set by the Court and will not result in prejudice to

23 either party;

24     IT IS HEREBY STIPULATED AND AGREED that the initial case management

25 conference currently set for September 28, 2017 should be continued to October 12, 2017 at

26 1:~~30 p.m.~~ 9:30 a.m., or the next mutually agreeable date that is available on the Court's calendar, and that

27 all corresponding deadlines should be adjusted accordingly.

28

- 2 -

DENTONS US LLP
ONE MARKET STREET, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

1  IT IS FURTHER STIPULATED AND AGREED Nationwide shall have an extension
2  of time to and through October 9, 2017, in which to answer, move or otherwise plead in
3  response to Plaintiff's Amended Complaint.

5  IT IS SO STIPULATED.

6  Respectfully submitted,

7  Dated: September 18, 2017     LAW OFFICES OF TODD M. FRIEDMAN, P.C.

10  By: */s/ Adrian Bacon*
    TODD M. FRIEDMAN (State Bar No. 216752)
    ADRIAN R. BACON (State Bar No. 280332)
    MEGHAN E. GEORGE (State Bar No. 274525)
    LAW OFFICES OF TODD M. FRIEDMAN, P.C.
    21550 Oxnard Street, Suite 780
    Woodland Hills, CA 91367
    Telephone: (877) 206-4741
    Facsimile: (866) 633-0228
    Email: tfriedman@toddflaw.com
        abacon@toddflaw.com
        mgeorge@toddflaw.com

    Attorneys for Plaintiff
    ABANTE ROOTER AND PLUMBING INC

18  Dated: September 18, 2017     DENTONS US LLP

21  By: */s/ Sonia Martin*
    SONIA MARTIN (State Bar No. 191148)
    DENTONS US LLP
    One Market Plaza, Spear Tower, 24th Floor
    San Francisco, California 94105
    Telephone: (415) 267-4000
    Facsimile: (415) 267-4198
    Email: sonia.martin@dentons.com

    Attorneys for Defendant
    NATIONWIDE MUTUAL INSURANCE
    COMPANY

- 3 -

Case No. 3:17-CV-03328         STIPULATION TO CONTINUE
                               CASE MANAGEMENT CONFERENCE

**FILER'S ATTESTATION:**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: September 18, 2017         By: */s/ Sonia Martin*
                                       SONIA MARTIN

DENTONS US LLP
ONE MARKET STREET, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

1 **[PROPOSED] ORDER**

2 Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS

3 HEREBY ORDERED as follows:

4 The initial case management conference currently set for September 28, 2017 at 9:30

5 a.m. is continued to October 12, 2017 at 1:~~30 p.~~m. [9:30 a.m.] The parties' joint case management

6 conference statement must be filed on or before October 5, 2017, one week in advance of the

7 conference date.

8 IT IS SO ORDERED.

10 Dated: September __18__, 2017



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

DENTONS US LLP
ONE MARKET STREET, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

105024253\V-1

- 5 -

Case No. 3:17-CV-03328    STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE