UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTING AND PLUMBING INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br>NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1-10, inclusive,<br><br>Defendant. | No.: 3:17-CV-03328-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION CONTINUING THE HEARING DATE FOR DEFENDANT'S MOTION TO STAY LITIGATION OR, IN THE ALTERNATIVE, TO DISMISS** |

Currently before the Court is the Joint Stipulation between Plaintiff ABANTE ROOTING AND PLUMBING INC. ("Plaintiff") and Defendant NATIONWIDE MUTUAL INSURANCE COMPANY ("Defendant") to seek an order continuing the hearing for Defendant's Motion to Stay Litigation or, in the alternative, to Dismiss, and the Case Management Conference. Good cause appearing, the Parties' Joint Stipulation is GRANTED, and IT IS HEREBY ORDERED that the deadlines in this matter will be adjusted as follows:

The hearing date for Defendant's Motion to Stay Litigation or, in the alternative, to Dismiss is vacated and the date for the hearing will be set for January 18, 2018; and

This Honorable Court will vacate the date set for the Case Management Conference and continue it to January 18, 2018. (at 1:30 p.m.)

IT IS SO ORDERED

Dated this \_\_12th\_\_ day of \_\_Dec.\_\_, 2017\_



Hon. _____
United States _____

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

– 2 –

[PROPOSED] ORDER GRANTING STIPULATION CONTINUING THE HEARING DATE FOR DEFENDANT'S MOTION TO STAY LITIGATION OR, IN THE ALTERNATIVE, TO DISMISS