# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC., INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY,<br>Defendant. | Case No. 3:17-CV-03328-EMC<br><br>[PR~~O~~POSED] ORDER GRANTING STIPULATION RE AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND TO AMENDED COMPLAINT<br><br>HON. EDWARD M. CHEN |

**IT IS HEREBY ORDERED,** good cause appearing, that:

1. Plaintiff is given leave to file a Second Amended Complaint. The Second Amended Complaint shall be filed within two (2) weeks of this Order;

2. Defendant's responsive pleading shall be due twenty-one (21) days after Plaintiff files its Second Amended Complaint.

Dated: _____2/8_____, 2018

By: _____
  Hon. Edward M. Chen
  United States

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(Seal: United States District Court, Northern District of California)