SONIA MARTIN (State Bar No. 191148)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Email: sonia.martin@dentons.com

Attorney for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY

[Counsel for Other Parties Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY; AMIN EMPIRE, INC. D/B/A EXCLUSIVE CALLS,<br><br>Defendants. | Case No. 3:17-CV-03328-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Date:** May 24, 2018<br>**Time:** 10:30 a.m.<br>**Courtroom:** 5, 17th Foor<br>**Before:** Hon. Edward M. Chen |

Pursuant to Civil Local Rule 6-2, the Parties respectfully request that the Court enter the following stipulation to continue the date of the Case Management Conference.

WHEREAS, Nationwide filed a motion to stay this litigation pending the outcome of *ACA International v. Federal Communications Commission,* No. 15-1211, (D.C. Cir.), which addresses the

Case No. 3:17-CV-03328-EMC - 1 - STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1 validity of, *inter alia*, the FCC's rulings on the types of calling equipment qualify as an automatic
2 telephone dialing system;

3     WHEREAS, by Orders dated January 26, 2018, the Court denied Nationwide's motion to stay,
4 set a further Case Management Conference for May 24, 2018, and ordered that the discovery to be
5 conducted prior to the next Case Management Conference would be limited as set forth in the Court's
6 Order;

7     WHEREAS, by Stipulation and Order dated February 8, 2018, plaintiff filed a Second Amended
8 Complaint, adding as a defendant Amin Empire, Inc. d/b/a Exclusive Calls ("Exclusive Calls"), which
9 allegedly placed telephone calls to plaintiff in or about August 2016;

10     WHEREAS, by Stipulation and Order dated March 16, 2018, Defendant Exclusive Calls has
11 until May 3, 2018 to file a response to the Second Amended Complaint;

12     WHEREAS, once Exclusive Calls files a responsive pleading, the parties plan to conduct
13 deposition and document discovery as to Exclusive Calls;

14     WHEREAS, the D.C. Circuit issued its decision in *ACA International v. Federal
15 Communications Commission,* No. 15-1211, 2018 WL 1352922 (D.C. Cir. Mar. 16, 2018), which
16 granted in part and denied in part the various petitions for review, and it is not known whether there will
17 be any appellate review of the *ACA International* ruling;

18     WHEREAS, to give the parties time to conduct discovery as to Exclusive Calls once it files a
19 responsive pleading and to evaluate the impact of *ACA International* on this case, the parties respectfully
20 request that the Court continue the May 24, 2018 Case Management Conference to July 19, 2018 or the
21 next available date on the Court's calendar;

22     NOW THEREFORE, the Parties jointly request that the Court enter the following Stipulation as
23 an Order of the Court:

24     The Case Management Conference shall be continued to July 19, 2018 at 10:30 a.m.
25     **IT IS SO STIPULATED.**

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

Dated: April 13, 2018　　　　DENTONS US LLP

By: */s/ Sonia Martin*
　　SONIA MARTIN

Attorney for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

Dated: April 13, 2018　　　　LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: */s/ Todd M. Friedman*
　　TODD M. FRIEDMAN (State Bar No. 216752)
　　ADRIAN R. BACON (State Bar No. 280332)
　　MEGHAN E. GEORGE (State Bar No. 274525)
　　LAW OFFICES OF TODD M. FRIEDMAN, P.C.

Attorneys for Plaintiff
ABANTE ROOTER AND PLUMBING INC

Dated: April 13, 2018　　　　CARLSON & MESSER LLP

By: */s/ David Kaminski*
　　DAVID KAMINSKI
　　CARLSON & MESSER LLP

Attorney for Defendant
AMIN EMPIRE, INC.

# [PR~~OPO~~SED] ORDER

Good cause appearing therefor:

**IT IS ORDERED** that the Case Management Conference scheduled for May 24, 2018, shall be continued to July 19, 2018 at 10:30 a.m.

Dated: 4/17/18

The Honorable Edward M. Chen
United States District Judge



107002155

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000