# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ABANTE ROOTER AND PLUMBING INC, individually and on behalf of all others similarly situated,
Plaintiff,
vs.
NATIONWIDE MUTUAL INSURANCE COMPANY; AMIN EMPIRE, INC. D/B/A EXCLUSIVE CALLS, and DOES 1 through 10, inclusive.
Defendants.

Case No. **3:17-CV-03328-EMC**

~~Proposed~~ Order to dismiss

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, only Defendant NATIONWIDE MUTUAL INSURANCE COMPANY is dismissed with prejudice as to Plaintiff Abante Rooter and Plumbing, Inc., and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees.

Dated this  5th day of February, 2019



Honorable Edward M. Chen
United States District Court