UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, et al.,<br><br>Defendants. | CASE NO. 3:17-cv-03328-EMC<br><br>[PROPOSED] ORDER OF DISMISSAL OF DEFENDANT AMIN EMPIRE, INC. DBA EXCLUSIVE CALLS |

Having considered the parties' Stipulation for Dismissal of Defendant AMIN EMPIRE, INC. dba EXCLUSIVE CALLS, the Court rules as follows: Defendant AMIN EMPIRE, INC. dba EXCLUSIVE CALLS is hereby dismissed from this action with prejudice as to Plaintiff ABANTE ROOTER AND PLUMBING, INC.'s individual claims, and without prejudice as to the class action claims asserted in this action. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED:  February 8, 2019

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE